UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL BENJAMIN DOMINGO FELIPE,<br><br>Petitioner,<br><br>v.<br><br>PATRICK DIVVER, et al.,<br><br>Respondents. | Case No.:  26-cv-4059-RSH-JLB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On July 15, 2026, petitioner Ismael Benjamin Domingo Felipe filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner, who is in immigration custody, alleges that he has been subjected to mandatory detention under 8 U.S.C. § 1225(b)(2), in violation of the Immigration and Nationality Act as recognized by *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ----, 2025 WL 3289861, at *11 (C.D. Cal. Nov. 20, 2025). *See* ECF No. 1 ¶¶ 27-31. Petitioner requests his immediate release, or alternatively, a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶ 12.

On July 21, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 4 at 2.

26-cv-4059-RSH-JLB

Accordingly, the Petition is **GRANTED** as follows. The government is directed to hold a bond hearing pursuant to 8 U.S.C. § 1226(a) for petitioner Ismael Benjamin Domingo Felipe within *seven (7) days of the date of this order*, or within such longer period of time as may be requested by Petitioner. The Court declines to order Petitioner's immediate release, on the grounds that the Petition does not establish a basis for that relief. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED**.

Dated: July 27, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-4059-RSH-JLB